**Andrew C. SCHIFFER, Plaintiff–Appellant,**

v.

**VILLAGE OF HASTINGS–ON–HUD-SON, Hastings–On–Hudson Police Department, Police Officers Rick White, Andrew Hayden, Wayne Pietropolo, David Doshen, Dish O'Sullivan, Others as yet unknown, included as John/Jane Does Numbered 1 to 10 individually, Defendants–Appellees,**

**County of Westchester, Defendant.**

**Docket No. 01–7687.**

United States Court of Appeals, Second Circuit.

March 14, 2002.

Lalit Jain, New York, NY; Gopaljee Jaiswal, New York, NY, on the brief, for Appellant.

Eli S. Cohn, McDonough, Marcus, Cohn, Tretter, Heller & Kanca LLP, New Rochelle, NY, for Appellees.

* The Honorable Damon J. Keith, Senior Judge, United States Court of Appeals for the Sixth Circuit, sitting by designation.

Present McLAUGHLIN, JACOBS and KEITH,* Circuit Judges.

## SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be, and it hereby is, AFFIRMED.

Andrew C. Schiffer appeals from an order of the United States District Court for the Southern District of New York (Barrington D. Parker, J.) dismissing his complaint under Fed.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief could be granted.

We affirm for substantially the reasons stated in the district court's Memorandum Decision and Order dated May 16, 2001. Schiffer does not challenge the district court's decision except to argue that New York State's issuance of individual gun permits demonstrates [1] an individual right to carry arms, [2] a custom or policy sufficient to support his Section 1983 claim against the municipal defendants, and [3] bad faith of the individual officers when they confiscated Schiffer's firearms. These arguments are without merit.

For the reasons set forth above, the judgment of the district court is hereby **AFFIRMED.**